ACCEPTED
06-14-00208-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
9/10/2015 12:44:34 PM
DEBBIE AUTREY
CLERK

## NO. 06-14-00208-CR

| | | | |
|---|---|---|---|
| TONY DEWAYNE CRAYTON | § | IN THE | |
| | § | | FILED IN |
| | § | | 6th COURT OF APPEALS |
| v | § | 6th COURT | TEXARKANA, TEXAS |
| | § | | 9/10/2015 12:44:34 PM |
| STATE OF TEXAS | § | OF APPEALS | DEBBIE AUTREY |
| | | | Clerk |

## AGREED MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes The State of Texas, Appellee in the above styled and numbered cause, and moves this Court to grant an extension of time to file Appellee's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.     This case is on appeal from the 8th Judicial District Court of Hopkins County, Texas.

2.     The case below was styled the STATE OF TEXAS vs. TONY DEWAYNE CRAYTON and numbered as 1323670.

3.     The Appellant was convicted and sentenced by the judge to 50 years in the penitentiary after a trial before the court.

4.     The Appellee's brief was due on September 11, 2015. Appellee requests an extension time of approximately thirty (30) days from the present date, i.e. October 12, 2015.

6.     One previous extension to file the brief has been received by Appellee in this cause.

7.     Appellee requests a thirty (30) day extension due to the following:

i. Appellee's attorney was out of state from July 29, 2015 through August 2, 2015;

ii. On August 3, 2015, Appellee's attorney picked a jury in Hopkins County in *State v. Chase Craig Hudson*, Cause Number 1424247. Testimony began on August 10th and lasted through August 12th. The jury found the defendant guilty and sentenced him to 20 years in the penitentiary;

**iii.** Appellee's attorney has been extensively involved in preparing to try *State of Texas v. Franklin Coy Kuhl, Jr.,* Cause Number 1423952. This case involves the Trafficking of a Child. The offense is a first-degree felony and the punishment range is 25-Life. Voir Dire occurred on August 31, 2015 with testimony scheduled to begin on Tuesday, September 8, 2015. Due to further investigation by the DA, more evidence was found on Friday, September 4th. After being in contact with the Judge and Defense counsel over the weekend, on Tuesday morning the judge decided to dismiss the jury and postpone the case to be tried the first week of October. We should pick a new jury on October 5th and begin testimony on October 6th. Appellee's Attorney is requesting the date of October 12, 2015 in case he might need that weekend to finalize any issues with the brief.

**iv.** When the jury was dismissed, Appellee's attorney was hoping to finish the brief and submit it to the Court by September 11, 2015. However, it has become clear that the extensive work needed to combat the Appellant's brief on this significant case will not be completed by that date.

**v.** Appellee's attorney is scheduled to give a presentation on the morning of September 11, 2015 at the Hope & Help for Children & Families Conference on the "Do's and Don'ts of Courtroom Testimony" and needs to further prepare prior to making that appearance.

**vi.** Last, but certainly not least, Appellee's attorney is getting married on November 7, 2015. Being ignorant of the process, Appellee's attorney may have slightly misjudged his required participation in the planning of such an event...

**WHEREFORE, PREMISES CONSIDERED,** Appellee prays that this Court grant this Motion to Extend Time to File Appellee's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

By: _____
Will Ramsay
8th Judicial District Attorney
State Bar No. 24039129
P.O. Box 882
110 Main Street
Sulphur Springs, TX 75482
Ph: (903) 885-0640
Fax: (903) 885-0641
wramsay@hopkinscountytx.org
Attorney for Appellee

AGREED:

_____
MARTIN BRADDY,
Attorney for Appellant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing AGREED MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF was delivered via email to Martin Braddy, Attorney for Appellant, on September 10, 2015.

_____
WILL RAMSAY—Attorney for the Appellee